# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 30, 2025
Lyle W. Cayce
Clerk

No. 25-20365

Virginia Elizondo,

*Plaintiff—Appellee,*

versus

Spring Branch Independent School District; Walker Agnew, Jr., *in their official capacities as members of the Board of Trustees of Spring Branch ISD*; Chris Earnest, *in their official capacities as members of the Board of Trustees of Spring Branch ISD*; David Slattery, *in their official capacities as members of the Board of Trustees of Spring Branch ISD*; Jennifer Hyland, *in their official capacities as members of the Board of Trustees of Spring Branch ISD*; Caroline Bennett, *in their official capacities as members of the Board of Trustees of Spring Branch ISD*; Courtney Anderson, *in their official capacities as members of the Board of Trustees of Spring Branch ISD*; Shannon Mahan, *in their official capacities as members of the Board of Trustees of Spring Branch ISD*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-1997

_____

ORDER:

IT IS ORDERED that Appellants' unopposed motion to stay further proceedings in this court is GRANTED.

_____
DANA M. DOUGLAS
*United States Circuit Judge*